IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WARNER HARRELL
PLANTATION, LLC, C.W.
ROBERT HARRELL, CURTIS
R. HARRELL, MATTHEW W.
HARRELL, and MERI
HARRELL,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5251

        Appellants,

v.

CENTERSTATE BANK OF
FLORIDA, N.A.,

        Appellee.

_____/

Opinion filed July 6, 2017.

An appeal from the Circuit Court for Suwannee County.
David W. Fina, Judge.

Stephen C. Bullock of Brannon Brown Haley & Bullock, P.A., Lake City, for
Appellants.

Robert B. George and Ryan J. Mittauer of Liles Gavin, P.A., Jacksonville, for
Appellee.


PER CURIAM.

        AFFIRMED.

ROWE, MAKAR, and JAY, JJ., CONCUR.